UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VIB PARTNERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:19-CV-84 ) ) |
| LHC GROUP, INC., | ) ) |
| Defendant. | ) ) |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to *United States of America, et al. v. University of Tennessee Medical Center Home Care Services, LLC, et al.*, No. 3:17-CV-96. The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties. Therefore, the two cases are related. *See* E.D. Tenn. L.R. 3.2(d)(3)(A)(2).

Because the first of these cases was assigned to District Judge Curtis L. Collier and Magistrate Judge Debra C. Poplin, this case will also be assigned to District Judge Curtis L. Collier and Magistrate Judge Debra C. Poplin. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

_/s/ Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge