# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ex rel. LEANN MARSHALL, and ) <br> LEANN MARSHALL, INDIVIDUALLY, ) <br>  ) <br> STATE OF TENNESSEE, ) <br> ex rel. LEANN MARSHALL, and ) <br> LEANN MARSHALL, INDIVIDUALLY, ) <br>  ) <br> *Plaintiffs/Relators*, ) <br>  ) <br> v. ) <br>  ) <br> UNIVERSITY OF TN MEDICAL CENTER HOME ) <br> CARE SERVICES, LLC, and LHC GROUP, INC., ) <br>  ) <br> *Defendants*. ) | No. 3:17-cv-96 <br> Judge Collier |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) <br> VIB PARTNERS, ) <br>  ) <br> *Plaintiff/Relator*, ) <br>  ) <br> v. ) <br>  ) <br> LHC GROUP, INC., ) <br>  ) <br> *Defendant*. ) | No. 3:19-cv-84 <br> Judge Collier |

## CONSOLIDATION & SCHEDULING ORDER

Before the Court is Relators' unopposed motion to consolidate Case No. 3:17-cv-96 and Case No. 3:19-cv-84 and to issue a stipulated briefing schedule. (Doc. 34 in Case No. 3:17-cv-96; Doc. 46 in Case No. 3:19-cv-84.) The Relators argue consolidation of the cases is appropriate because (1) both cases share common questions of law and fact and involve the same defendants, and (2) consolidation will promote judicial economy because both cases are before the Court and

the parties intend to file similar or related pleadings. (*Id.*) For good cause shown and based on the parties' agreement, the motion (Doc. 34 in Case No. 3:17-cv-96; Doc. 46 in Case No. 3:19-cv-84) is **GRANTED**. Case No. 3:17-cv-96 is **CONSOLIDATED** with Case No. 3:19-cv-84. *See* Fed. R. Civ. P. 42(a). Case No. 3:17-cv-96 is designated as the lead case, and all documents subsequently filed with respect to either case shall be docketed in Case No. 3:17-cv-96. It is further **ORDERED** that:

1. Within **thirty (30) days** of this Order, Relators shall file a Consolidated Amended Complaint;

2. Within **forty-five (45) days** of the filing of the Consolidated Amended Complaint, Defendants shall respond to that Complaint;

3. Within **thirty (30) days** of the filing of Defendants' response to the Consolidated Amended Complaint, Relators shall respond to any motions to dismiss filed by Defendants;

4. Within **fourteen (14) days** of Relators' response to any motions to dismiss, Defendants shall file any replies; and

5. This Order shall not prejudice Defendants' right to assert any arguments that could have been made against either complaint, as originally filed or as consolidated, under 31 U.S.C. § 3730(b)(5), 31 U.S.C. § 3730(e), or any other appropriate statute or rule.

**SO ORDERED.**
**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**